**CRIMINAL MINUTE ENTRY**

**DOCKET NUMBER**:     11 CR 0535 (SJ)

**Date Received By Docket Clerk**:_____     **Docket Clerk Initials**:_____

**BEFORE JUDGE**: JOHNSON          **DATE**: 4/26/2013          **TIME**: 9:30 A.M.

**CRIMINAL CAUSE FOR SENTENCING**          **TIME IN COURT**____HRS_50___MINS

**DEFENDANT'S NAME**: RAKESH LALL          **DEFENDANTS #**_____

✔     Present          ❏     Not Present          ❏     Custody          ✔     Not Custody

**DEFENSE COUNSEL**: PAUL BRENNER
✔     Present          ❏     Not Present          ❏     Federal Defender          ❏     CJA     ❏     Retained

**A.U.S.A.**:  TANISHA PAYNE ✔     **PROBATION OFFICER**: AMANDA DONAT

**CASE MANAGER OR MAGISTRATE CLERICAL**          ANA RODRIGUEZ

**COURT REPORTER**: OR ESR OPERATOR          LISA SCMID          **TAPE LOG**_____

**INTERPRETER** :                    **LANGUAGE**:

**Select the Type of Hearing or Trial**          **CONTESTED**  [ ]YES          [✔ ]NO
[✔]     SENTENCING

**Select the action.**

[ ]Began     [✔ ]Held     [ ]Continued     [✔ ]Completed          [ ]Scheduled for

**UTILITIES**     [ ]~Util-Set/Reset Hearings

**Date:**          **Time   9:30 a.m.**          **FOR**

**Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED**          [ ]   YES     [✔]   NO

**Period of  Excludable  Delay/ Speedy Trial Start**: **Period of  Excludable  Delay/ Speedy Trial Stop**:
**CODE TYPE**: Please Circle          **XT- Interest of Justice**
**Do these minutes contain ruling(s) on motion(s)**?          YES          NO

- Case 1st call: Defendant on bond appearing without counsel - REMANDED for reasons stated on the record. 2nd call: Defendant appearing with counsel - REMAND RESCINDED.
- After careful consideration of the factors under 18 USC 3553(a), submissions and argument by counsel and the defendant, the Court sentences the defendant on count one of the superseding indictment:
  - The Court accepts the plea taken before M.J. Azrack on 9/20/2012.
  - Imprisonment: Twelve (12) months and One (1) day,
  - Supervised Release; Three (3) years,
  - Special Assessment: $100.00,
  - Underlying indictment is dismissed.
  - The Court recommends to the BOP a designation to Fort Dix.
  - The defendant will self surrender to the institution as designated by the U.S. Marshals by noon on 9/27/2013.