UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-                                      11-cr-00535 (SJ)
                                                 **NOTICE OF APPEARANCE**

RAKESH LALL, *et al.*
                      Defendant.
------------------------------------------------------X

TO:    **CLERK OF COURT E.D.N.Y.**

        PLEASE TAKE NOTICE that Timothy Parlatore hereby notes his appearance as retained counsel on behalf of RAKESH LALL in the above captioned matter.

Dated: New York, New York
         September 24, 2013

                                                                  **____/s/ Timothy Parlatore, Esq.___**
                                                                   Timothy Parlatore, Esq.
                                                                   260 Madison Avenue, 22nd Floor
                                                                   New York, New York 10016
                                                                   Ph (212) 679-6312
                                                                   Fax (212) 202-4787
                                                                   tim@cutlerandparlatore.com